JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dale Sundby; Edith Sundby; and Dale Sundby, Trustee,<br><br>  Plaintiffs,<br><br>  v.<br><br>Lewis Landau; Troy Slome; Jeffrey Myers; Kathleen Myers; Andres Salsido, Trustee; Steven Cobin; Christopher Myers; Vickie McCarty; Todd Cobin, Trustee; Barbara Cobin, Trustee; Dolores Thompson; Kimberly Gill Rabinoff; Dorothy Fasack; Benning Management Group, Marquee Funding Group, Inc.; Platinum Loan Servicing, Inc.; Scot Fine; Ryan Joe (R.J.) Solovy; and Does I-X,<br><br>  Defendants. | Case No. 2:24-cv-07276-MCS-BFM<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Re: Motion for Reconsideration and Order Dismissing Case, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. No party shall take anything from this action.

**IT IS SO ORDERED.**

Dated: May 19, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2